Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 0874 | **DATE** | February 11, 2011 |
| **CASE TITLE** | Juan Mason (#2010-129065) a/k/a Theotis Williams v. Taylor, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted thirty days in which either to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C.§ 1915(a)(2) or pay the full $350 filing fee. The clerk is directed to send Plaintiff an IFP application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case. Plaintiff is advised that he must provide the court with the original plus a Judge's copy of every document filed.

■ **[For further details see text below.]**   **Docketing to mail notices.**

## STATEMENT

Pro se Plaintiff Juan Mason is a pretrial detainee at Cook County Jail. He has filed a complaint pursuant to 42 U.S.C. § 1983 challenging the mental health care he has received at the Jail. Plaintiff has failed either to pay the $350 statutory filing fee or to file a petition for leave to proceed *in forma pauperis*. The Prison Litigation Reform Act requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed, and requires the court to assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). For inmates who are unable to afford the full filing fee, the court will direct correctional officials to deduct the initial filing fee payment directly from the prisoner's trust fund account. Thereafter, correctional authorities having custody of the litigating prisoner will be authorized and ordered to make monthly payments to the court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid.

To enable the court to make the necessary assessment of the initial partial filing fee, Plaintiff Mason must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Therefore, if Plaintiff wishes to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file an *in forma pauperis* application on the form required by the rules of this court,
**(CONTINUED)**

CR

| STATEMENT (continued) |
|---|

together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the past six months [that is, from August 8, 2010 through February 8, 2011].

Plaintiff must, within thirty days, **either** file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) **or** pay the full $350 filing fee. The clerk will furnish Plaintiff with an *in forma pauperis* application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case.

Plaintiff is reminded that he must provide the court with the original plus a Judge's copy of every document filed.